UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIN GUILLORY,<br><br>　　　　　Defendant. | Case No. CR24-178 RSM<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)　Defendant has been charged by indictment with three counts of wire fraud, a fourth count of concealment of material facts from the United States, a fifth count of perjury. The indictment includes an asset forfeiture provision. Defendant is serving time for a similar offense under 2:23-CR00077-RSM. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and

DETENTION ORDER - 1

substance use. The defendant through her attorney made argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention with the hope that the Defendant can remain at her residential re-entry center. The government made no objection to the Defendant remaining at the residential re-entry center during the pendency of this matter.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Federal Bureau of Prisons (BOP) as per her sentence under 2:23-CR00077-RSM. The BOP shall have the discretion to allow the Defendant to remain at the residential re-entry center.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of November, 2024.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2